

**HP Enterprise Services, LLC**
19483 Pruneridge Ave Stop 4248
Cupertino CA 95014-0604
866/372-2034

| Pay Group: | U13-ED1 Semi-monthly paygroup |
|---|---|
| Pay Begin Date: | 09/01/2012 |
| Pay End Date: | 09/15/2012 |

| Business Unit: | USA |
|---|---|
| Advice #: | 000000002756966 |
| Advice Date: | 09/14/2012 |

Aleetra C Adair
4487 WIMBLEDON ROAD
MONTGOMERY, AL 36116

SSN: xxx-xx-1024

| Employee ID: | 00081140455 |
|---|---|
| Department: | USA-United States |
| Location: | Montgomery, AL - EDS (MGY02) |
| Pay Rate: | $1,329.69 Semimonthly |

| TAX DATA: | Federal | AL State |
|---|---|---|
| Marital Status: | Single | S or M-1/2 |
| Allowances: | 3 | 3 |
| Addl. Pct: | | |
| Addl. Amt: | 5.00 | 10.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 1,477.35 | 22,490.04 |
| * Voucher - Vacation | 15.342615 | 4.00 | 61.37 | 92.00 | 1,405.34 |
| * Voucher - Misc Paid Time Off | 15.342615 | 3.00 | 46.03 | 71.00 | 1,080.75 |
| * Voucher - Floating Holiday | | | 0.00 | 8.00 | 122.27 |
| * Voucher - Funeral Leave | | | 0.00 | 8.00 | 116.99 |
| TOTAL: | | 93.67 | 1,329.74 | 1,656.35 | 22,490.04 |

(* does not add to gross pay)

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.86 | 1,470.26 |
| Fed MED/EE | 18.14 | 306.73 |
| Fed OASDI/EE | 52.54 | 888.45 |
| AL Withholdng | 55.98 | 842.06 |
| TOTAL: | 216.52 | 3,507.50 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Benefit | 78.61 | 1,336.37 |
| TOTAL: | 78.61 | 1,336.37 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 112.54 |
| Post-Tax Benefit | 0.26 | 4.42 |
| TOTAL: | 6.88 | 116.96 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 196.89 | 3,347.13 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,251.13 | 216.52 | 85.49 | 1,027.73 |
| YTD | 22,490.04 | 21,153.67 | 3,507.50 | 1,453.33 | 17,529.21 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 136.00 | n/a | n/a |
| - Taken YTD | 92.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 44.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| Total Balance | 44.00 | n/a | n/a |
| Available | 44.00 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Taken |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000002756966 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $977.73 |
| TOTAL | | | $1,027.73 |



| HP Enterprise Services, LLC | | | |
|---|---|---|---|
| 3000 Hanover St, Mailstop 1518 | | | |
| Palo Alto CA 94304-1112 | | | |
| 866/372-2034 | | | |

| Pay Group: | U13-ED1 Semi-monthly paygroup |
|---|---|
| Pay Begin Date: | 09/16/2012 |
| Pay End Date: | 09/30/2012 |

| Business Unit: | USA |
|---|---|
| Advice #: | 000000002789754 |
| Advice Date: | 09/28/2012 |

| | | | |
|---|---|---|---|
| Aleetra C Adair | Employee ID: | 00081140455 | |
| 4487 WIMBLEDON ROAD | Department: | USA-United States | |
| MONTGOMERY, AL 36116 | Location: | Montgomery, AL - EDS (MGY02) | |
| | Pay Rate: | $1,329.69 Semimonthly | |
| SSN: xxx-xx-1024 | | | |

| TAX DATA: | Federal | AL State |
|---|---|---|
| Marital Status: | Single | S or M-1/2 |
| Allowances: | 3 | 3 |
| Addl. Pct: | | |
| Addl. Amt: | 5.00 | 10.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 1,564.02 | 23,819.78 |
| * Voucher - Vacation | | | 0.00 | 92.00 | 1,405.34 |
| * Voucher - Floating Holiday | | | 0.00 | 8.00 | 122.27 |
| * Voucher - Funeral Leave | | | 0.00 | 8.00 | 116.99 |
| * Voucher - Misc Paid Time Off | | | 0.00 | 71.00 | 1,080.75 |
| TOTAL: | | 86.67 | 1,329.74 | 1,743.02 | 23,819.78 |

(* does not add to gross pay)

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.86 | 1,560.12 |
| Fed MED/EE | 18.14 | 324.87 |
| Fed OASDI/EE | 52.55 | 941.00 |
| AL Withholdng | 55.98 | 898.04 |
| TOTAL: | 216.53 | 3,724.03 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Benefit | 78.61 | 1,414.98 |
| TOTAL: | 78.61 | 1,414.98 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 119.16 |
| Post-Tax Benefit | 0.26 | 4.68 |
| TOTAL: | 6.88 | 123.84 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 196.89 | 3,544.02 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,251.13 | 216.53 | 85.49 | 1,027.72 |
| YTD | 23,819.78 | 22,404.80 | 3,724.03 | 1,538.82 | 18,556.93 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 136.00 | n/a | n/a |
| - Taken YTD | 92.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 44.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| Total Balance | 44.00 | n/a | n/a |
| Available | 44.00 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Taken |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000002789754 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $977.72 |
| TOTAL | | | $1,027.72 |



**HP Enterprise Services, LLC**
3000 Hanover St, Mailstop 1518
Palo Alto CA 94304-1112
866/372-2034

| | |
|---|---|
| Pay Group: | U13-ED1 Semi-monthly paygroup |
| Pay Begin Date: | 10/01/2012 |
| Pay End Date: | 10/15/2012 |

| | |
|---|---|
| Business Unit: | USA |
| Advice #: | 000000002832263 |
| Advice Date: | 10/15/2012 |

Aleetra C Adair
4487 WIMBLEDON ROAD
MONTGOMERY, AL 36116

SSN: xxx-xx-1024

| | |
|---|---|
| Employee ID: | 00081140455 |
| Department: | USA-United States |
| Location: | Montgomery, AL - EDS (MGY02) |
| Pay Rate: | $1,329.69 Semimonthly |

| TAX DATA: | Federal | AL State |
|---|---|---|
| Marital Status: | Single | S or M-1/2 |
| Allowances: | 3 | 3 |
| Addl. Pct: | | |
| Addl. Amt: | 5.00 | 10.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 1,650.69 | 25,149.52 |
| * Voucher - Vacation | 15.342615 | 8.00 | 122.74 | 100.00 | 1,528.08 |
| * Voucher - Floating Holiday | | 0.00 | | 8.00 | 122.27 |
| * Voucher - Funeral Leave | | 0.00 | | 8.00 | 116.99 |
| * Voucher - Misc Paid Time Off | | 0.00 | | 71.00 | 1,080.75 |
| **TOTAL:** | | 94.67 | 1,329.74 | 1,837.69 | 25,149.52 |

(* does not add to gross pay)

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.86 | 1,649.98 |
| Fed MED/EE | 18.14 | 343.01 |
| Fed OASDI/EE | 52.55 | 993.55 |
| AL Withholdng | 55.98 | 954.02 |
| **TOTAL:** | 216.53 | 3,940.56 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Benefit | 78.61 | 1,493.59 |
| **TOTAL:** | 78.61 | 1,493.59 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 125.78 |
| Post-Tax Benefit | 0.26 | 4.94 |
| **TOTAL:** | 6.88 | 130.72 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 196.89 | 3,740.91 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,251.13 | 216.53 | 85.49 | 1,027.72 |
| YTD | 25,149.52 | 23,655.93 | 3,940.56 | 1,624.31 | 19,584.65 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 136.00 | n/a | n/a |
| - Taken YTD | 100.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 36.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| Total Balance | 36.00 | n/a | n/a |
| Available | 36.00 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Taken |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000002832263 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $977.72 |
| **TOTAL** | | | **$1,027.72** |



| HP Enterprise Services, LLC<br>3000 Hanover St, Mailstop 1518<br>Palo Alto CA 94304-1112<br>866/372-2034 | Pay Group: U13-ED1 Semi-monthly paygroup<br>Pay Begin Date: 10/16/2012<br>Pay End Date: 10/31/2012 | Business Unit: USA<br>Advice #: 000000002860143<br>Advice Date: 10/31/2012 |
|---|---|---|
| Aleetra C Adair<br>4487 WIMBLEDON ROAD<br>MONTGOMERY, AL 36116<br><br>SSN: xxx-xx-1024 | Employee ID: 00081140455<br>Department: USA-United States<br>Location: Montgomery, AL - EDS (MGY02)<br>Pay Rate: $1,329.69 Semimonthly | TAX DATA: Federal / AL State<br>Marital Status: Single / S or M-1/2<br>Allowances: 3 / 3<br>Addl. Pct:<br>Addl. Amt: 5.00 / 10.00 |

### HOURS AND EARNINGS

| (* does not add to gross pay)<br>Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 1,737.36 | 26,479.26 |
| * Voucher - Misc Paid Time Off | 15.342615 | 14.75 | 226.30 | 85.75 | 1,307.05 |
| * Voucher - Vacation | | | 0.00 | 100.00 | 1,528.08 |
| * Voucher - Floating Holiday | | | 0.00 | 8.00 | 122.27 |
| * Voucher - Funeral Leave | | | 0.00 | 8.00 | 116.99 |
| TOTAL: | | 101.42 | 1,329.74 | 1,939.11 | 26,479.26 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.86 | 1,739.84 |
| Fed MED/EE | 18.14 | 361.15 |
| Fed OASDI/EE | 52.55 | 1,046.10 |
| AL Withholdng | 55.98 | 1,010.00 |
| TOTAL: | 216.53 | 4,157.09 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Benefit | 78.61 | 1,572.20 |
| TOTAL: | 78.61 | 1,572.20 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 132.40 |
| Post-Tax Benefit | 0.26 | 5.20 |
| TOTAL: | 6.88 | 137.60 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 196.89 | 3,937.80 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,251.13 | 216.53 | 85.49 | 1,027.72 |
| YTD | 26,479.26 | 24,907.06 | 4,157.09 | 1,709.80 | 20,612.37 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 136.00 | n/a | n/a |
| - Taken YTD | 100.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 36.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| Total Balance | 36.00 | n/a | n/a |
| Available | 36.00 | n/a | n/a |

FLOATING HOLIDAY: Taken

STOCK CURRENT PERIOD: $0.00

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000002860143 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $977.72 |
| TOTAL | | | $1,027.72 |



| HP Enterprise Services,LLC<br>3000 Hanover St, Mailstop 1518<br>Palo Alto CA 94304-1112<br>866/372-2034 | Pay Group: | U13-ED1 Semi-monthly paygroup | Business Unit: | USA |
|---|---|---|---|---|
| | Pay Begin Date: | 11/01/2012 | Advice #: | 000000002892156 |
| | Pay End Date: | 11/15/2012 | Advice Date: | 11/15/2012 |

| | | | TAX DATA: | Federal | AL State |
|---|---|---|---|---|---|
| Aleetra C Adair | Employee ID: | 00081140455 | Marital Status: | Single | S or M-1/2 |
| 4487 WIMBLEDON ROAD | Department: | USA-United States | Allowances: | 3 | 3 |
| MONTGOMERY, AL 36116 | Location: | Montgomery, AL - EDS (MGY02) | Addl. Pct: | | |
| | Pay Rate: | $1,329.69 Semimonthly | Addl. Amt: | 5.00 | 10.00 |
| SSN: xxx-xx-1024 | | | | | |

### HOURS AND EARNINGS

| (* does not add to gross pay) | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 1,824.03 | 27,809.00 |
| * Voucher - Vacation | 15.342615 | 8.00 | 122.74 | 108.00 | 1,650.82 |
| * Voucher - Misc Paid Time Off | 15.342615 | 13.00 | 199.45 | 98.75 | 1,506.50 |
| * Voucher - Floating Holiday | | | 0.00 | 8.00 | 122.27 |
| * Voucher - Funeral Leave | | | 0.00 | 8.00 | 116.99 |
| TOTAL: | | 107.67 | 1,329.74 | 2,046.78 | 27,809.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.86 | 1,829.70 |
| Fed MED/EE | 18.14 | 379.29 |
| Fed OASDI/EE | 52.54 | 1,098.64 |
| AL Withholdng | 55.98 | 1,065.98 |
| TOTAL: | 216.52 | 4,373.61 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Benefit | 78.61 | 1,650.81 |
| TOTAL: | 78.61 | 1,650.81 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 139.02 |
| Post-Tax Benefit | 0.26 | 5.46 |
| TOTAL: | 6.88 | 144.48 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 196.89 | 4,134.69 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,251.13 | 216.52 | 85.49 | 1,027.73 |
| YTD | 27,809.00 | 26,158.19 | 4,373.61 | 1,795.29 | 21,640.10 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 136.00 | n/a | n/a |
| - Taken YTD | 108.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 28.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| Total Balance | 28.00 | n/a | n/a |
| Available | 28.00 | n/a | n/a |

FLOATING HOLIDAY: Taken

STOCK CURRENT PERIOD: $0.00

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000002892156 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $977.73 |
| TOTAL | | | $1,027.73 |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HP Enterprise Services, LLC<br>3000 Hanover St, Mailstop 1518<br>Palo Alto CA 94304-1112<br>866/372-2034 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | U13-ED1 Semi-monthly paygroup<br>11/16/2012<br>11/30/2012 | | Business Unit:<br>Advice #:<br>Advice Date: | USA<br>000000002935904<br>11/30/2012 | |
| Aleetra C Adair<br>4487 WIMBLEDON ROAD<br>MONTGOMERY, AL 36116<br>SSN: xxx-xx-1024 | | Employee ID:<br>Department:<br>Location:<br>Pay Rate: | 00081140455<br>USA-United States<br>Montgomery, AL - EDS (MGY02)<br>$1,329.69 Semimonthly | | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Federal<br>Single<br>3<br><br>5.00 | AL State<br>S or M-1/2<br>3<br><br>10.00 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description (* does not add to gross pay) | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 1,910.70 | 29,138.74 |
| * Voucher - Vacation | 15.342615 | 8.00 | 122.74 | 116.00 | 1,773.56 |
| * Voucher - Floating Holiday | | | 0.00 | 8.00 | 122.27 |
| * Voucher - Funeral Leave | | | 0.00 | 8.00 | 116.99 |
| * Voucher - Misc Paid Time Off | | | 0.00 | 98.75 | 1,506.50 |
| TOTAL: | | 94.67 | 1,329.74 | 2,141.45 | 29,138.74 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.86 | 1,919.56 |
| Fed MED/EE | 18.15 | 397.44 |
| Fed OASDI/EE | 52.55 | 1,151.19 |
| AL Withholdng | 55.98 | 1,121.96 |
| TOTAL: | 216.54 | 4,590.15 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Benefit | 78.61 | 1,729.42 |
| TOTAL: | 78.61 | 1,729.42 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 145.64 |
| Post-Tax Benefit | 0.26 | 5.72 |
| TOTAL: | 6.88 | 151.36 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 196.89 | 4,331.58 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,251.13 | 216.54 | 85.49 | 1,027.71 |
| YTD | 29,138.74 | 27,409.32 | 4,590.15 | 1,880.78 | 22,667.81 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 136.00 | n/a | n/a |
| - Taken YTD | 116.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 20.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| Total Balance | 20.00 | n/a | n/a |
| Available | 20.00 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Taken |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000002935904 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $977.71 |
| TOTAL | | | $1,027.71 |



| HP Enterprise Services, LLC<br>3000 Hanover St, Mailstop 1518<br>Palo Alto CA 94304-1112<br>866/372-2034 | Pay Group: | U13-ED1 Semi-monthly paygroup | Business Unit: | USA |
|---|---|---|---|---|
| | Pay Begin Date: | 12/01/2012 | Advice #: | 000000002958922 |
| | Pay End Date: | 12/15/2012 | Advice Date: | 12/14/2012 |

| | | | TAX DATA: | Federal | AL State |
|---|---|---|---|---|---|
| Alectra C Adair | Employee ID: | 00081140455 | Marital Status: | Single | S or M-1/2 |
| 4487 WIMBLEDON ROAD | Department: | USA-United States | Allowances: | 3 | 3 |
| MONTGOMERY, AL 36116 | Location: | Montgomery, AL - EDS (MGY02) | Addl. Pct: | | |
| SSN: xxx-xx-1024 | Pay Rate: | $1,329.69 Semimonthly | Addl. Amt: | 5.00 | 10.00 |

### HOURS AND EARNINGS

| (* does not add to gross pay) Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 1,997.37 | 30,468.48 |
| * Voucher - Vacation | 15.342615 | 4.00 | 61.37 | 120.00 | 1,834.93 |
| * Voucher - Misc Paid Time Off | 15.342615 | 12.00 | 184.11 | 110.75 | 1,690.61 |
| * Voucher - Floating Holiday | | | 0.00 | 8.00 | 122.27 |
| * Voucher - Funeral Leave | | | 0.00 | 8.00 | 116.99 |
| **TOTAL:** | | 102.67 | 1,329.74 | 2,244.12 | 30,468.48 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.86 | 2,009.42 |
| Fed MED/EE | 18.14 | 415.58 |
| Fed OASDI/EE | 52.55 | 1,203.74 |
| AL Withholdng | 55.98 | 1,177.94 |
| **TOTAL:** | 216.53 | 4,806.68 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Benefit | 78.61 | 1,808.03 |
| **TOTAL:** | 78.61 | 1,808.03 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 152.26 |
| Post-Tax Benefit | 0.26 | 5.98 |
| **TOTAL:** | 6.88 | 158.24 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 196.89 | 4,528.47 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,251.13 | 216.53 | 85.49 | 1,027.72 |
| YTD | 30,468.48 | 28,660.45 | 4,806.68 | 1,966.27 | 23,695.53 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 136.00 | n/a | n/a |
| - Taken YTD | 120.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 16.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| **Total Balance** | 16.00 | n/a | n/a |
| Available | 16.00 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Taken |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000002958922 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $977.72 |
| TOTAL | | | $1,027.72 |



| HP Enterprise Services, LLC<br>3000 Hanover St, Mailstop 1518<br>Palo Alto CA 94304-1112<br>866/372-2034 | Pay Group: | U13-ED1 Semi-monthly paygroup | Business Unit: | USA |
|---|---|---|---|---|
| | Pay Begin Date: | 12/16/2012 | Advice #: | 000000002998781 |
| | Pay End Date: | 12/31/2012 | Advice Date: | 12/31/2012 |

| | | | TAX DATA: | Federal | AL State |
|---|---|---|---|---|---|
| Aleetra C Adair | Employee ID: | 00081140455 | Marital Status: | Single | S or M-1/2 |
| 4487 WIMBLEDON ROAD | Department: | USA-United States | Allowances: | 3 | 3 |
| MONTGOMERY, AL 36116 | Location: | Montgomery, AL - EDS (MGY02) | Addl. Pct: | | |
| | Pay Rate: | $1,329.69 Semimonthly | Addl. Amt: | 5.00 | 10.00 |
| SSN: xxx-xx-1024 | | | | | |

## HOURS AND EARNINGS

| | | ------ Current ------ | | ------ YTD ------ | |
|---|---|---|---|---|---|
| Description (* does not add to gross pay) | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 2,084.04 | 31,798.22 |
| *ER HEALTH COVERAGE COST | | | 5,853.84 | | 5,853.84 |
| * Voucher - Vacation | | | 0.00 | 120.00 | 1,834.93 |
| * Voucher - Floating Holiday | | | 0.00 | 8.00 | 122.27 |
| * Voucher - Funeral Leave | | | 0.00 | 8.00 | 116.99 |
| * Voucher - Misc Paid Time Off | | | 0.00 | 110.75 | 1,690.61 |
| TOTAL: | | 86.67 | 1,329.74 | 2,330.79 | 31,798.22 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 89.86 | 2,099.28 |
| Fed MED/EE | 18.14 | 433.72 |
| Fed OASDI/EE | 52.55 | 1,256.29 |
| AL Withholdng | 55.98 | 1,233.92 |
| TOTAL: | 216.53 | 5,023.21 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Benefit | 78.61 | 1,886.64 |
| TOTAL: | 78.61 | 1,886.64 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 158.88 |
| Post-Tax Benefit | 0.26 | 6.24 |
| TOTAL: | 6.88 | 165.12 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 196.89 | 4,725.36 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,251.13 | 216.53 | 85.49 | 1,027.72 |
| YTD | 31,798.22 | 29,911.58 | 5,023.21 | 2,051.76 | 24,723.25 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 141.67 | n/a | n/a |
| - Taken YTD | 120.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 21.67 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| Total Balance | 21.67 | n/a | n/a |
| Available | 21.67 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Taken |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000002998781 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $977.72 |
| TOTAL | | | $1,027.72 |



| HP Enterprise Services, LLC<br>3000 Hanover St, Mailstop 1518<br>Palo Alto CA 94304-1112<br>866/372-2034 | Pay Group: U13-ED1 Semi-monthly paygroup<br>Pay Begin Date: 01/01/2013<br>Pay End Date: 01/15/2013 | Business Unit: USA<br>Advice #: 000000003020394<br>Advice Date: 01/15/2013 |
|---|---|---|

| | | |
|---|---|---|
| Aleetra C Adair<br>4487 WIMBLEDON ROAD<br>MONTGOMERY, AL 36116<br><br>SSN: xxx-xx-1024 | Employee ID: 00081140455<br>Department: USA-United States<br>Location: Montgomery, AL - EDS (MGY02)<br>Pay Rate: $1,329.69 Semimonthly | TAX DATA: Federal AL State<br>Marital Status: Single S or M-1/2<br>Allowances: 3 3<br>Addl. Pct:<br>Addl. Amt: 5.00 10.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| (* does not add to gross pay) | | | | | |
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 86.67 | 1,329.74 |
| **TOTAL:** | | 86.67 | 1,329.74 | 86.67 | 1,329.74 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 75.97 | 75.97 |
| Fed MED/EE | 16.80 | 16.80 |
| Fed OASDI/EE | 71.83 | 71.83 |
| AL Withholdng | 51.79 | 51.79 |
| **TOTAL:** | 216.39 | 216.39 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Health Care Reimb | 104.16 | 104.16 |
| Pre-Tax Benefit | 67.02 | 67.02 |
| **TOTAL:** | 171.18 | 171.18 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 6.62 |
| Post-Tax Benefit | 0.33 | 0.33 |
| **TOTAL:** | 6.95 | 6.95 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 197.79 | 197.79 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,158.56 | 216.39 | 178.13 | 935.22 |
| YTD | 1,329.74 | 1,158.56 | 216.39 | 178.13 | 935.22 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 6.00 | n/a | n/a |
| - Taken YTD | 0.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 6.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| + Vac Buy Bal | 0.00 | n/a | n/a |
| **Total Balance** | 6.00 | n/a | n/a |
| **Available** | 144.00 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Available |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000003020394 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $885.22 |
| **TOTAL** | | | **$935.22** |



| HP Enterprise Services,LLC<br>3000 Hanover St, Mailstop 1518<br>Palo Alto CA 94304-1112<br>866/372-2034 | Pay Group: U13-ED1 Semi-monthly paygroup<br>Pay Begin Date: 01/16/2013<br>Pay End Date: 01/31/2013 | Business Unit: USA<br>Advice #: 000000003065551<br>Advice Date: 01/31/2013 |
|---|---|---|

| | | | |
|---|---|---|---|
| Aleetra C Adair<br>4487 WIMBLEDON ROAD<br>MONTGOMERY, AL 36116<br><br>SSN: xxx-xx-1024 | Employee ID: 00081140455<br>Department: USA-United States<br>Location: Montgomery, AL - EDS (MGY02)<br>Pay Rate: $1,329.69 Semimonthly | **TAX DATA:** | Federal | AL State |
| | | Marital Status: | Single | S or M-1/2 |
| | | Allowances: | 5 | 3 |
| | | Addl. Pct: | | |
| | | Addl. Amt: | | 10.00 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description (* does not add to gross pay) | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | 15.342615 | 86.67 | 1,329.74 | 173.34 | 2,659.48 |
| * Voucher - Misc Paid Time Off | 15.342615 | 16.00 | 245.48 | 16.00 | 245.48 |
| **TOTAL:** | | 102.67 | 1,329.74 | 189.34 | 2,659.48 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 25.44 | 101.41 |
| Fed MED/EE | 16.80 | 33.60 |
| Fed OASDI/EE | 71.83 | 143.66 |
| AL Withholdng | 54.31 | 106.10 |
| **TOTAL:** | 168.38 | 384.77 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Health Care Reimb | 104.16 | 208.32 |
| Pre-Tax Benefit | 67.02 | 134.04 |
| **TOTAL:** | 171.18 | 342.36 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 13.24 |
| Post-Tax Benefit | 0.33 | 0.66 |
| **TOTAL:** | 6.95 | 13.90 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 197.79 | 395.58 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,329.74 | 1,158.56 | 168.38 | 178.13 | 983.23 |
| YTD | 2,659.48 | 2,317.12 | 384.77 | 356.26 | 1,918.45 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 12.00 | n/a | n/a |
| - Taken YTD | 0.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 12.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| + Vac Buy Bal | 0.00 | n/a | n/a |
| **Total Balance** | 12.00 | n/a | n/a |
| **Available** | 144.00 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Available |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000003065551 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $933.23 |
| **TOTAL** | | | **$983.23** |



| HP Enterprise Services,LLC<br>3000 Hanover St, Mailstop 1518<br>Palo Alto CA 94304-1112<br>866/372-2034 | Pay Group: U13-ED1 Semi-monthly paygroup<br>Pay Begin Date: 02/01/2013<br>Pay End Date: 02/15/2013 | Business Unit: USA<br>Advice #: 000000003092771<br>Advice Date: 02/15/2013 |
|---|---|---|
| Aleetra C Adair<br>4487 WIMBLEDON ROAD<br>MONTGOMERY, AL 36116<br><br>SSN: xxx-xx-1024 | Employee ID: 00081140455<br>Department: USA-United States<br>Location: Montgomery, AL - EDS (MGY02)<br>Pay Rate: $1,352.19 Semimonthly | TAX DATA: Federal / AL State<br>Marital Status: Single / S or M-1/2<br>Allowances: 5 / 3<br>Addl. Pct:<br>Addl. Amt: 10.00 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description (* does not add to gross pay) | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | 15.602168 | 86.67 | 1,352.24 | 260.01 | 4,011.72 |
| * Voucher - Misc Paid Time Off | 15.602168 | 20.50 | 319.84 | 36.50 | 565.32 |
| **TOTAL:** | | 107.17 | 1,352.24 | 296.51 | 4,011.72 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 27.69 | 129.10 |
| Fed MED/EE | 17.12 | 50.72 |
| Fed OASDI/EE | 73.23 | 216.89 |
| AL Withholdng | 55.38 | 161.48 |
| **TOTAL:** | 173.42 | 558.19 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Health Care Reimb | 104.16 | 312.48 |
| Pre-Tax Benefit | 67.02 | 201.06 |
| **TOTAL:** | 171.18 | 513.54 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 19.86 |
| Post-Tax Benefit | 0.33 | 0.99 |
| **TOTAL:** | 6.95 | 20.85 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 197.79 | 593.37 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,352.24 | 1,181.06 | 173.42 | 178.13 | 1,000.69 |
| YTD | 4,011.72 | 3,498.18 | 558.19 | 534.39 | 2,919.14 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 18.00 | n/a | n/a |
| - Taken YTD | 0.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 18.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| + Vac Buy Bal | 0.00 | n/a | n/a |
| **Total Balance** | 18.00 | n/a | n/a |
| **Available** | 144.00 | n/a | n/a |

| FLOATING HOLIDAY | |
|---|---|
| Available | |
| STOCK CURRENT PERIOD | $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000003092771 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $950.69 |
| **TOTAL** | | | $1,000.69 |



| HP Enterprise Services, LLC<br>3000 Hanover St, Mailstop 1518<br>Palo Alto CA 94304-1112<br>866/372-2034 | Pay Group: | U13-ED1 Semi-monthly paygroup | Business Unit: | USA |
|---|---|---|---|---|
| | Pay Begin Date: | 02/16/2013 | Advice #: | 000000003115816 |
| | Pay End Date: | 02/28/2013 | Advice Date: | 02/28/2013 |

| | | | TAX DATA: | Federal | AL State |
|---|---|---|---|---|---|
| Aleetra C Adair | Employee ID: | 00081140455 | Marital Status: | Single | S or M-1/2 |
| 4487 WIMBLEDON ROAD | Department: | USA-United States | Allowances: | 5 | 3 |
| MONTGOMERY, AL 36116 | Location: | Montgomery, AL - EDS (MGY02) | Addl. Pct: | | |
| SSN: xxx-xx-1024 | Pay Rate: | $1,352.19 Semimonthly | Addl. Amt: | | 10.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 15.602168 | 86.67 | 1,352.24 | 346.68 | 5,363.96 |
| * Voucher - Vacation | 15.602168 | 8.00 | 124.82 | 8.00 | 124.82 |
| * Voucher - Misc Paid Time Off | 15.602168 | 8.00 | 124.82 | 44.50 | 690.14 |
| TOTAL: | | 102.67 | 1,352.24 | 399.18 | 5,363.96 |

(* does not add to gross pay)

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 27.69 | 156.79 |
| Fed MED/EE | 17.13 | 67.85 |
| Fed OASDI/EE | 73.22 | 290.11 |
| AL Withholdng | 55.38 | 216.86 |
| TOTAL: | 173.42 | 731.61 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Health Care Reimb | 104.16 | 416.64 |
| Pre-Tax Benefit | 67.02 | 268.08 |
| TOTAL: | 171.18 | 684.72 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Post-tax Group Legal Svcs | 6.62 | 26.48 |
| Post-Tax Benefit | 0.33 | 1.32 |
| TOTAL: | 6.95 | 27.80 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Pre Tax Benefit - ER | 197.79 | 791.16 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,352.24 | 1,181.06 | 173.42 | 178.13 | 1,000.69 |
| YTD | 5,363.96 | 4,679.24 | 731.61 | 712.52 | 3,919.83 |

| YEAR-TO-DATE | VACATION | PAID TIME OFF | AWS HOLIDAY |
|---|---|---|---|
| Start Balance | 0.00 | n/a | n/a |
| + Accrued YTD | 24.00 | n/a | n/a |
| - Taken YTD | 8.00 | n/a | n/a |
| + Adjust YTD | 0.00 | n/a | n/a |
| Current Balance | 16.00 | n/a | n/a |
| + Excess FTO Bal | 0.00 | n/a | n/a |
| + Vac Buy Bal | 0.00 | n/a | n/a |
| Total Balance | 16.00 | n/a | n/a |
| Available | 136.00 | n/a | n/a |

| FLOATING HOLIDAY |
|---|
| Available |

| STOCK CURRENT PERIOD |
|---|
| $0.00 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Acct Number | Amount |
|---|---|---|---|
| Advice #000000003115816 | Savings | 1002127000 | $50.00 |
| | Checking | 1010202381147 | $950.69 |
| TOTAL | | | $1,000.69 |